

VR/ES/ABD: 2017R00055

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 JUN 20 PM 12: 41

CLERK'S OFFICE
AT BALTIMORE

BY ___K___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. DKC-18-0337 |
| v. | * | |
| SHINGAIDZO NHEKAIRO, | * | (Alien Harboring for Financial Gain, 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(i); |
| Defendant | * | Unlawful Conduct with Respect to Immigration Documents, 18 U.S.C. § 1597(a); Aiding and Abetting, 18 U.S.C. § 2) |

*******

## INDICTMENT

### COUNT ONE
(Alien Harboring for Financial Gain)

The Grand Jury for the District of Maryland charges that:

#### Background

1. At all times relevant to this indictment, **SHINGAIDZO NHEKAIRO** was a national of Zimbabwe who resided in Hanover, Maryland. Since on or about May 13, 2011, **SHINGAIDZO NHEKAIRO** has had asylum status in the United States.

2. At all times relevant to this indictment, E.M. was a national of Zimbabwe. E.M. entered the United States on or about August 6, 2006, on a Visitor Visa (visa category B) that expired on or about February 5, 2007.

## The Charge

3.      Between on or about August 6, 2006, and on or about September 8, 2014, in the District of Maryland and elsewhere, the defendant,

**SHINGAIDZO NHEKAIRO,**

knowing and in reckless disregard of the fact that E.M., an alien, had come to, entered, and remained in the United States in violation of the law, did conceal, harbor, and shield from detection E.M., and attempted to do so, in any place, including any building, for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (B)(i).

8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(i)
18 U.S.C. § 2

## COUNT TWO
(Unlawful Conduct with Respect to Immigration Documents)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs one and two of Count One are realleged and incorporated by reference.

2. Between on or about August 6, 2006 and on or about September 8, 2014, in the District of Maryland and elsewhere, defendant,

**SHINGAIDZO NHEKAIRO,**

knowingly concealed, removed, confiscated, and possessed E.M.'s passport and visa, (1) in the course of violating 8 U.S.C. § 1324, and (2) with the intent to do so, and (3) in order to, without lawful authority, maintain, prevent, and restrict the labor and services of E.M.

18 U.S.C. § 1597(a)
18 U.S.C. § 2

3

## **FORFEITURE ALLEGATIONS**

1. Upon conviction of Count One of this Indictment, defendant **SHINGAIDZO NHEKAIRO** shall forfeit to the United States, pursuant to Title 8, United States Code, Section 1324(b)(1) and Title 18, United States Code, Sections 982(a)(6), any conveyance, including any vehicle, used in the commission of the offense charged in Count One; any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense charged in Count One; and any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense charged in Count One.

2. If any of the property described above, as a result of any act or omission of the defendant[s]:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

*Robert K. Hur*

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**  6/20/18

Foreperson   Date