PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Shingaidzo Nhekairo ) | Case No. 1:18CR00337 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

U.S. Pretrial Services recommends the following modification of the above-named defendant's conditions of release:

- Undergo medical or psychiatric treatment as directed by Pretrial Services.

Assistant U.S. Attorney Ayn Brigoli Ducao and Defense Counsel Eric M Meiring have no objections to this modification.

_____    4/3/2019
James Dagro                          Date
U.S. Pretrial Services Officer

_____    4/3/2019
Stacy Kirksey                        Date
Supervisory U.S. Pretrial Services Officer

☑ The above modification of conditions of release is ordered, to be effective on  4/4/19 .

☐ The above modification of conditions of release is *not* ordered.

_____    4/4/19
Signature of Judicial Officer        Date